# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
## No. 24-1860V

MIRIAM ZAMAGO,

                     Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                     Respondent.

Chief Special Master Corcoran

Filed: May 27, 2026

*Amy A. Senerth, Muller Brazil, LLP, Dresher, PA, for Petitioner.*

*Emilie Williams, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On November 12, 2024, Miriam Zamago filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that that she suffered a shoulder injury related to vaccine administration ("SIRVA") caused by an influenza ("flu") vaccine received on March 22, 2023. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 20, 2026, I issued findings of fact that Petitioner had established that she had likely satisfied the statutory severity requirement (ECF No. 22). On May 21, 2026, Respondent filed an amended Rule 4(c) report in which he states that, recognizing that my factual findings are the law of the case, he will not defend the case on other grounds

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

during further proceedings in the Office of Special Masters, and agrees that Petitioner has satisfied the legal prerequisites for compensation and requests a ruling on the record concerning entitlement (while preserving his right to appeal my findings of fact). Respondent's Amended Rule 4(c) Report at 2. Specifically, Respondent agrees that in light of my fact ruling and medical record evidence submitted in this case, Petitioner suffered a SIRVA related to her March 22, 2023 flu vaccination. *Id.* at 6. Respondent does not dispute that that Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id*. at 6-7.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master
